IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

NATANEAL RIVERA,

    Plaintiff,

              JUDGMENT IN A CIVIL CASE

v.

              11-cv-89-bbc

DR. DALIA SULIENE, NURSE STEVE,
RICK PLOTH and LORI ALSUM,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants denying plaintiff leave to proceed in forma pauperis and dismissing this case as to all defendants.

_Peter Oppeneer_                 7/28/2011
Peter Oppeneer, Clerk of Court           Date